IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SUTTER,<br><br>        Plaintiff,<br><br>    v.<br><br>HEINRICH MAGENHEIMER; JOYCE MAGENHEIMER; DENTON OUTDOOR MEDIA, INC.; and DOES 1-10,<br><br>        Defendants. | 2:07-cv-1206-GEB-KJM<br><br>RELATED CASE ORDER |
| COUNTY OF SUTTER,<br><br>        Plaintiff,<br><br>    v.<br><br>LIBERTY REAL ESTATE MANAGEMENT, INC.; MERIDIAN MEDIA GROUP, LLC; and DOES 1-10,<br><br>        Defendants. | 2:07-cv-1214-MCE-GGH |

        Examination of the above-entitled actions reveals that the actions are related within the meaning of Local Rule 83-123(a).  The actions involve the same plaintiff, are based on the same or similar claims, and involve similar questions of fact and law.  Accordingly, the assignment of the matters to the same judge and magistrate judge

1 is likely to effect a substantial savings of judicial effort and is
2 also likely to be convenient for the parties.
3 　　　　　The parties should be aware that relating the cases under
4 Local Rule 83-123 merely has the result that the actions are assigned
5 to the same judge and magistrate judge; no consolidation of the
6 actions is effected.  Under the regular practice of this court,
7 related cases are generally assigned to the judge and magistrate judge
8 to whom the first filed action was assigned.
9 　　　　　IT IS THEREFORE ORDERED that the action denominated 2:07-cv-
10 1214-MCE-GGH is hereby reassigned to Judge Garland E. Burrell, Jr. for
11 all further proceedings, and any dates currently set in the reassigned
12 case are VACATED.
13 　　　　　IT IS FURTHER ORDERED that the caption on documents filed in
14 the reassigned case shall show the case number as 2:07-cv-1214-GEB-
15 KJM.  A status conference in 2:07-cv-1214-GEB-KJM is set for October
16 1, 2007, at 9:00 a.m.
17 　　　　　The Clerk of Court shall make an appropriate adjustment in
18 the assignment of civil cases to compensate for this reassignment.
19 　　　　　IT IS SO ORDERED.
20 　　Dated:  July 24, 2007
21
22 　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
23 　　　　　　　　　　　　　　　　　　　United States District Judge
24
25
26
27
28

2